UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT JOHN COLLINS,<br><br>    Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | No. CV 09-03947-RGK (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation; (2) directing that Defendant Dr. Patel's Motion to Dismiss be granted; and (3) directing that the First Amended Complaint and entire action be dismissed without prejudice.

DATED: April 21, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE