JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ROBERT JOHN COLLINS, | ) | No. CV 09-03947-RGK (VBK) |
|---|---|---|
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| FEDERAL BUREAU OF PRISONS, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered directing that Defendant Dr. Patel's Motion to Dismiss be granted and the First Amended Complaint be dismissed without prejudice.

DATED: April 21, 2011

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE